## 19281. DAY *v.* THE STATE.

BLOODWORTH, J. 1. There is no merit in either of the special grounds of the motion for a new trial.

2. The evidence in this case is such as to bring it within the ruling in *Yonce* v. *State*, 154 *Ga.* 419 (114 S. E. 325), 29 *Ga. App.* 173 (114 S. E. 584); and the judge of the trial court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 11, 1928. REHEARING DENIED JANUARY 15, 1929.

72

*J. P. Brooke, G. B. Walker, H. B. Moss,* for plaintiff in error.
*George D. Anderson, solicitor-general,* contra.